3:26-mj-00113

DISTRICT OF OREGON, ss:                    AFFIDAVIT OF EVAN HOWARD

**Affidavit In Support of a Criminal Complaint and Arrest Warrant**

I, Evan Howard, being duly sworn, hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been since March 2018.  I am currently assigned to the Portland Field Officer where I am assigned to the Pendleton Resident Agency and investigate criminal violations of the law, with a focus on criminal enterprises involved in the trafficking of narcotics.  Prior to my employment with the FBI, I was a Police Officer for three years with the Oxnard Police Department, in the city of Oxnard, California.  My training and experience include completing the 16 weeks of training at the FBI Academy at Quantico, Virginia, as well as 23 weeks of training at the Ventura County Criminal Justice Police Academy.  During my training and career both with the FBI and with the Oxnard Police Department, I have spoken with, worked with, and gained knowledge from numerous experienced federal, state, and local investigators who have written affidavits for or participated in the application for an execution of hundreds of search and arrest warrants over the course of their careers.  I have conducted interviews with drug traffickers, drug users, and confidential informants, where I have discussed topics such as preparation, methods of operation, and security measures employed by drug traffickers.  I am familiar with the various methods used by individuals and drug trafficking organizations (DTOs) to obtain, possess, transport, distribute and/or sell controlled substances.  I know the methods of individuals and DTOs to include, but not limited to, the use of cellular telephones, social media, encrypted communication technology, counter surveillance, elaborately planned smuggling schemes tied to legitimate businesses, stash houses, false or fictitious identities, and us of "coded" or vague communications in an attempt to thwart law enforcement.

2.      I submit this affidavit in support of a Criminal Complaint and Arrest Warrant for

**Affidavit of SA Evan Howard**                                              **Page- 1**

Omar Garay Rojo (hereafter "ROJO") for possession with intent to distribute 400 grams or more of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) & 841(b)(1)(A)(vi).

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.  The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

4.      Title 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), makes it a crime for a person to possess with intent to distribute 400 grams or more of fentanyl.

## Statement of Probable Cause

5.      The FBI and the Blue Mountain Enforcement Narcotics Team (hereafter "BENT") (hereinafter referred to collectively as "Investigators") are investigating Omar Garay ROJO as a member of a larger Drug Trafficking Organization (hereafter "DTO"), for violations of Title 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

6.      As part of this investigation, Investigators have used a confidential informant to conduct a series of controlled buys of methamphetamine from ROJO.  These controlled purchases were covertly surveilled by Investigators and occurred within the past three months.  For each controlled buy, ROJO showed up in person and delivered the purchased methamphetamine.  In a controlled purchase in March 2026, ROJO arrived to the deal location wearing a neon yellow high visibility sweatshirt.

**Affidavit of SA Evan Howard**                                                    **Page- 2**



**Photo of ROJO leaving his residence on way to March 2026 controlled purchase**

7.    On April 29, 2026, Investigators executed a search warrant at a residence where ROJO lived, located on Mount Hood Ave. SW, Boardman, OR 97818 (hereinafter "Rojo Residence").  As detailed below Investigators located and seized approximately 750 grams of fentanyl powder from the garage of the Rojo Residence.

### *Search Warrant of Rojo Residence*

8.    On April 28, 2026, U.S. Magistrate Judge Jolie A. Russo, District of Oregon, signed three search warrants authorizing the search of the Rojo Residence, a white 1997 Honda Civic bearing Oregon License Plate YHN185 driven by ROJO, and the person of Omar Garay ROJO.  On April 29, 2026, Investigators executed the search warrants.

9.    Investigators conducting surveillance of the Rojo Residence in April 2026 observed ROJO there repeatedly overnight and in the early morning hours, consistent with and indicative of him living there.  On the morning of April 29, 2026, Investigators observed ROJO depart the Rojo Residence, just before Investigators executed the search warrants.

10.    During the execution of the warrant of the Rojo Residence, Investigators encountered six family members inside (not including ROJO whose vehicle was traffic-stopped nearby).  Three

**Affidavit of SA Evan Howard**                                                                                    **Page- 3**

of the family members inside the Rojo Residence are adults, and three are minors.  When the family members were advised of the federal search warrant and the purpose for the search warrant, one family member stated that if there were any drugs they would be in the garage because that is where ROJO spends his time.

11.    Investigators searched the garage and in the garage attic they located a Walmart bag wrapped in a neon yellow high visibility sweatshirt.  Inside the Walmart bag was a plastic bag that contained a brick of white powder, a scale, and a knife.

12.    Investigators tested the narcotics with a TruNarc Narcotics Analyzer, which returned a result of presumptively positive for fentanyl.  Investigators seized the brick of fentanyl powder and weighed it.  With packaging, it weighed about 750 grams.  Even with packaging, the total weight of the fentanyl powder seized by Investigators is far in excess of 400 grams.   Based on my training and experience, this quantity is for distribution rather than for personal use.

13.    The presence of the high visibility neon yellow sweatshirt next to the fentanyl powder in the garage attic is significant to this investigation as Investigators had previously seen ROJO on multiple occasions wearing a high visibility sweatshirt, including while conducting a controlled purchase.  Investigators had also previously seen ROJO exit his garage with packages that were suspected of containing narcotics.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Affidavit of SA Evan Howard**                                                                              **Page- 4**



**Neon yellow sweatshirt found in garage, wrapped around bag containing fentanyl**



**White plastic bag containing fentanyl, and scale, recovered from inside Walmart bag**

/ / /

/ / /

/ / /

**Affidavit of SA Evan Howard**                                                                 **Page- 5**



**Fentanyl powder inside white plastic bag**

## CONCLUSION

14.    Based on the facts stated above, I submit that there is probable cause to believe that ROJO has committed violations of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), Possession with Intent to Distribute 400 grams or more of Fentanyl.  Accordingly, I respectfully request that the Court issue a criminal complaint and a warrant for the arrest of ROJO.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

15.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Peter Sax, and AUSA Sax advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant for ROJO.

_By phone pursuant to Fed. R. Crim. P. 4.1_
EVAN HOWARD
FBI Special Agent


Sworn to by telephone or other reliable means in accordance with Fed. R. Crim. P. 4.1 at

9:50 _____ a.m./~~p.m.~~ on this 30th day of April, 2026.

_Jolie A. Russo_
HON. JOLIE A. RUSSO
United States Magistrate Judge


**Affidavit of SA Evan Howard**                                                    **Page- 7**